**HEAT TREATING, LLC**
**22-26 DENSMORE STREET**
**QUINCY, MA 02169**
**JOHN D. McCORMACK, MANAGER**

**617-943-7536**

December 30, 2019

**HAND DELIVERED**

Clerk
United States Bankruptcy Court
J.W. McCormack Post Office and Court House
5 Post Office Square – Suite 115
Boston, MA 02109-3945

RE:   Christopher R. Ciandella
      Case No. 15-12954
      Notice of Intended Private Sale of Property
      271 K Street, Unit 3, South Boston, MA 02127

Dear Sir/Madam:

I, John D. McCormack, Manager of Heat Treating, LLC, a Massachusetts limited liability company, hereby make the following higher offer with regard to the Notice of Intended Private Sale of Property in connection with the above-mentioned matter.

My Counteroffer is $491,000.00 for the property being sold. Concurrent with my delivery of this Counteroffer for filing, I have hand delivered to Steven R. Striffler, Esq., 21 McGrath Hwy, Suite 301, Quincy, MA 02169, a bank check in the amount of $25,250.00 representing the required deposit consistent with the Notice of Intended Private Sale. This higher Counteroffer is made on the same terms and conditions as set forth in the existing Purchase and Sale Agreement dated December 19, 2019, a copy of which is attached to the said Notice of Private Sale, except for the purchase price.

Thank you for your attention in this regard.

Very truly yours,

HEAT TREATING, LLC

_[signature]_

John D. McCormack, Manager


December 30, 2019
Clerk
United States Bankruptcy Court
Page - 2

cc:    Steven R. Striffler, Esq.
       21 McGrath Hwy, Suite 301
       Quincy, MA 02169

