# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re:   Christopher Ciandella                                    Case No.   15-12954-FJB

          Debtor(s)                                                Chapter   13

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

Debtor, pursuant to 11 U.S.C. § 1307(b), elects to dismiss the above-captioned Chapter 13 case.  Debtor is entitled to dismiss his case because:

1. This case, filed on July 24, 2015 is a case under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under section 706 or 1112 of the Bankruptcy Code.

WHEREFORE, Debtor respectfully requests his case be dismissed under § 1307(b) of the Bankruptcy Code.

Respectfully submitted,

Christopher Ciandella,

By his attorney,

/s/ Steven Striffler
Steven R. Striffler
BBO No. 664224
Law Office of Steven R. Striffler
21 McGrath Highway, Suite 301
Quincy, MA 02169
(617) 290-1573
steve@strifflerlaw.com

Date:   January 2, 2020.

# **CERTIFICATE OF SERVICE**

I, Steven Striffler, hereby certify that on 1/2/20 the following interested parties were served a copy of the foregoing document via first class mail or electronically through the courts CM/ECF System at:

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Carolyn Bankowski, Chapter 13 Trustee
13trustee@ch13boston.com

Peter V. Guaetta on behalf of Creditor Nationstar Mortgage LLC
bankruptcy@guaettalaw.com

Tracy Kish on behalf of Creditor Nationstar Mortgage LLC
tkish@kordeassociates.com, bankruptcy@kordeassoc.com

Dean Lennon on behalf of Creditor 271 K Street Condominium Trust
dlennon@meeb.com

Adam Lewis on behalf of Creditor Gemini Solutions, LLC
alewis@oamlaw.com, jaltman@oamlaw.com

David B. Madoff on behalf of Interested Party 857 Beacon Street, LLC
madoff@mandkllp.com, alston@mandkllp.com

Richard T. Mulligan on behalf of Creditor Nationstar Mortgage LLC
mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com

James Southard on behalf of Creditor PHH Mortgage Corporation
bankruptcy@orlansmoran.com, ANHSOM@4stechnologies.com

Adam Lewis on behalf of Creditor Gemini Solutions, LLC
alewis@oamlaw.com, adamdlewis42@gmail.com

Emery C. Markles, Esq., on behalf of Specialized Loan Servicing, LLC
Harmon Law Offices, P.C.
150 California Street
Newton, MA  02458
emarkles@harmonlaw.com

/s/ Steven R. Striffler
Steven R. Striffler